UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
JUN 2 2 2015
DAVID CREWS, CLERK
By_____ (Deputy)

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:15CR052

JARED CAMPBELL

## INFORMATION

The United States Attorney charges that:

### Count One

On or about August 28, 2013, in the Northern District of Mississippi and elsewhere, JARED CAMPBELL, defendant, did knowingly possess computer images of child pornography and e-mails containing computer files containing images of child pornography, including images of prepubescent minors and minors who had not attained 12 years of age, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256(8)(A).

_____
**UNITED STATES ATTORNEY**